NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| RENALDO R. FERGUSON, DOC #H23041, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D18-4358 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) | |
| _____ | ) | |

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenbery, Judge.

Renaldo R. Ferguson, pro se.


PER CURIAM.


Affirmed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.